# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Max Garrett Maede, | ) | Case No. 1:17-mj-008 |
| Defendant. | ) | |

The court held a preliminary hearing in the above-entitled action on January 20, 2017. AUSA Brandi Sasse Russell appeared on the Government's behalf. AFPD Michelle Monteiro appeared on defendant's behalf. For the reasons articulated on the record at the clearing of the hearing, the court finds that there is probable cause to believe that defendant may have committed the offense charged in the Complaint.

Dated this 20th day of January, 2017.

>  */s/ Charles S. Miller, Jr.*
>  Charles S. Miller, Jr., Magistrate Judge
>  United States District Court